

Trustmark
benefits beyond benefits

Trustmark Services Company    400 Field Drive Lake Forest, IL 60045    (847) 615-1500

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Natasha Pierre | Trustmark Services Company | 120012 | 07/25/2021 | 08/07/2021 | 08/13/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.00 | 1,920.00 | 245.07 | 208.07 | 21.70 | 1,445.16 |
| YTD | 262.50 | 8,656.00 | 928.81 | 939.02 | 65.10 | 6,723.07 |

### Earnings

| Description | Dates | Position | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|---|
| Holiday | | Traffic & Creative Account Coordinator | 0 | | | 256.00 |
| Hourly Rate established by empl | 07/25/2021 - 08/07/2021 | Traffic & Creative Account Coordinator | 60 | 32 | 1,920.00 | 8,400.00 |
| Earnings | | | | | 1,920.00 | 8,656.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 115.75 | 526.80 |
| Medicare | 27.07 | 123.20 |
| State Tax - GA | 65.25 | 289.02 |
| Employee Taxes | 208.07 | 939.02 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 192.00 | 769.60 |
| Dental Pre-Tax | 12.92 | 38.76 |
| Medical Pre-Tax | 63.23 | 189.69 |
| Benefit Credit | -23.08 | -69.24 |
| Pre Tax Deductions | 245.07 | 928.81 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Post Tax | 4.90 | 14.70 |
| Supplemental Life - EE | 16.80 | 50.40 |
| Post Tax Deductions | 21.70 | 65.10 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 115.20 | 461.76 |
| Dental - Benefit | 9.70 | 29.10 |
| Medical - Benefit | 539.54 | 1,618.62 |
| Vision Benefit | 0.92 | 2.76 |
| Employer Paid Benefits | 665.36 | 2,112.24 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,866.93 | 8,496.79 |
| Medicare - Taxable Wages | 1,866.93 | 8,496.79 |
| Federal Withholding - Taxable Wages | 1,674.93 | 7,727.19 |
| State Tax Taxable Wages - GA | 1,674.93 | 7,727.19 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | B - Married 2 Incomes |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 6 |
| PTO | 4.61 | 0 | 20.79 |
| Volunteer Time Off (VTO) | 0 | 0 | 4 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank of America | Bank of America ******4849 | ******4849 | | 1,445.16 USD |

benefits beyond benefits

Trustmark Services Company    400 Field Drive Lake Forest, IL 60045    (847) 615-1500

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Natasha Pierre | Trustmark Services Company | 120012 | 08/08/2021 | 08/21/2021 | 08/27/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.00 | 1,920.00 | 245.07 | 208.07 | 21.70 | 1,445.16 |
| YTD | 322.50 | 10,576.00 | 1,173.88 | 1,147.09 | 86.80 | 8,168.23 |

### Earnings

| Description | Dates | Position | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|---|
| Holiday | | Traffic & Creative Account Coordinator | | 0 | | 256.00 |
| Hourly Rate established by empl | 08/08/2021 - 08/21/2021 | Traffic & Creative Account Coordinator | 60 | 32 | 1,920.00 | 10,320.00 |
| Earnings | | | | | 1,920.00 | 10,576.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 115.75 | 642.55 |
| Medicare | 27.07 | 150.27 |
| State Tax - GA | 65.25 | 354.27 |
| Employee Taxes | 208.07 | 1,147.09 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 192.00 | 961.60 |
| Dental Pre-Tax | 12.92 | 51.68 |
| Medical Pre-Tax | 63.23 | 252.92 |
| Benefit Credit | -23.08 | -92.32 |
| Pre Tax Deductions | 245.07 | 1,173.88 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Post Tax | 4.90 | 19.60 |
| Supplemental Life - EE | 16.80 | 67.20 |
| Post Tax Deductions | 21.70 | 86.80 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 115.20 | 576.96 |
| Dental - Benefit | 9.70 | 38.80 |
| Medical - Benefit | 539.54 | 2,158.16 |
| Vision Benefit | 0.92 | 3.68 |
| Employer Paid Benefits | 665.36 | 2,777.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,866.93 | 10,363.72 |
| Medicare - Taxable Wages | 1,866.93 | 10,363.72 |
| Federal Withholding - Taxable Wages | 1,674.93 | 9,402.12 |
| State Tax Taxable Wages - GA | 1,674.93 | 9,402.12 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | B - Married 2 Incomes |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 6 |
| PTO | 4.61 | 0 | 25.4 |
| Volunteer Time Off (VTO) | 0 | 0 | 4 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank of America | Bank of America ******4849 | ******4849 | | 1,445.16    USD |

Trustmark Services Company   400 Field Drive Lake Forest, IL 60045   (847) 615-1500

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Natasha Pierre | Trustmark Services Company | 120012 | 09/05/2021 | 09/18/2021 | 09/24/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 52.50 | 1,920.00 | 245.07 | 208.07 | 21.70 | 1,445.16 |
| YTD | 435.00 | 14,416.00 | 1,664.02 | 1,563.23 | 130.20 | 11,058.55 |

### Earnings

| Description | Dates | Position | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|---|
| Holiday | 09/05/2021 - 09/18/2021 | Traffic & Creative Account Coordinator | 7.5 | 32 | 240.00 | 496.00 |
| Hourly Rate established by empl | 09/05/2021 - 09/18/2021 | Traffic & Creative Account Coordinator | 52.5 | 32 | 1,680.00 | 13,920.00 |
| Earnings | | | | | 1,920.00 | 14,416.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 115.75 | 874.05 |
| Medicare | 27.07 | 204.41 |
| State Tax - GA | 65.25 | 484.77 |
| Employee Taxes | 208.07 | 1,563.23 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 192.00 | 1,345.60 |
| Dental Pre-Tax | 12.92 | 77.52 |
| Medical Pre-Tax | 63.23 | 379.38 |
| Benefit Credit | -23.08 | -138.48 |
| Pre Tax Deductions | 245.07 | 1,664.02 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Post Tax | 4.90 | 29.40 |
| Supplemental Life - EE | 16.80 | 100.80 |
| Post Tax Deductions | 21.70 | 130.20 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 115.20 | 807.36 |
| Dental - Benefit | 9.70 | 58.20 |
| Medical - Benefit | 539.54 | 3,237.24 |
| Vision Benefit | 0.92 | 5.52 |
| Employer Paid Benefits | 665.36 | 4,108.32 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,866.93 | 14,097.58 |
| Medicare - Taxable Wages | 1,866.93 | 14,097.58 |
| Federal Withholding - Taxable Wages | 1,674.93 | 12,751.98 |
| State Tax Taxable Wages - GA | 1,674.93 | 12,751.98 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | B - Married 2 Incomes |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 6 |
| PTO | 4.61 | 0 | 34.62 |
| Volunteer Time Off (VTO) | 0 | 0 | 4 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank of America | Bank of America ******4849 | ******4849 | | 1,445.16 USD |

Trustmark Services Company    400 Field Drive Lake Forest, IL 60045    (847) 615-1500

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Natasha Pierre | Trustmark Services Company | 120012 | 09/19/2021 | 10/02/2021 | 10/08/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 61.50 | 1,968.00 | 249.87 | 214.23 | 21.70 | 1,482.20 |
| YTD | 496.50 | 16,384.00 | 1,913.89 | 1,777.46 | 151.90 | 12,540.75 |

### Earnings

| Description | Dates | Position | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|---|
| Holiday | | Traffic & Creative Account Coordinator | | 0 | | 496.00 |
| Hourly Rate established by empl | 09/19/2021 - 10/02/2021 | Traffic & Creative Account Coordinator | 61.5 | 32 | 1,968.00 | 15,888.00 |
| Earnings | | | | | 1,968.00 | 16,384.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 118.73 | 992.78 |
| Medicare | 27.77 | 232.18 |
| State Tax - GA | 67.73 | 552.50 |
| Employee Taxes | 214.23 | 1,777.46 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 196.80 | 1,542.40 |
| Dental Pre-Tax | 12.92 | 90.44 |
| Medical Pre-Tax | 63.23 | 442.61 |
| Benefit Credit | -23.08 | -161.56 |
| Pre Tax Deductions | 249.87 | 1,913.89 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Post Tax | 4.90 | 34.30 |
| Supplemental Life - EE | 16.80 | 117.60 |
| Post Tax Deductions | 21.70 | 151.90 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 118.08 | 925.44 |
| Dental - Benefit | 9.70 | 67.90 |
| Medical - Benefit | 539.54 | 3,776.78 |
| Vision Benefit | 0.92 | 6.44 |
| Employer Paid Benefits | 668.24 | 4,776.56 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,914.93 | 16,012.51 |
| Medicare - Taxable Wages | 1,914.93 | 16,012.51 |
| Federal Withholding - Taxable Wages | 1,718.13 | 14,470.11 |
| State Tax Taxable Wages - GA | 1,718.13 | 14,470.11 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | B - Married 2 Incomes |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 6 |
| PTO | 4.73 | 0 | 39.35 |
| Volunteer Time Off (VTO) | 0 | 0 | 4 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank of America | Bank of America ******4849 | ******4849 | | 1,482.20    USD |

Trustmark Services Company   400 Field Drive Lake Forest, IL 60045   (847) 615-1500

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Natasha Pierre | Trustmark Services Company | 120012 | 10/03/2021 | 10/16/2021 | 10/22/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 61.00 | 1,952.00 | 248.27 | 212.18 | 65.54 | 1,426.01 |
| YTD | 557.50 | 18,336.00 | 2,162.16 | 1,989.64 | 217.44 | 13,966.76 |

### Earnings

| Description | Dates | Position | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|---|
| Holiday | | Traffic & Creative Account Coordinator | | 0 | | 496.00 |
| Hourly Rate established by empl | 10/03/2021 - 10/16/2021 | Traffic & Creative Account Coordinator | 61 | 32 | 1,952.00 | 17,840.00 |
| Earnings | | | | | 1,952.00 | 18,336.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 117.73 | 1,110.51 |
| Medicare | 27.54 | 259.72 |
| State Tax - GA | 66.91 | 619.41 |
| Employee Taxes | 212.18 | 1,989.64 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 195.20 | 1,737.60 |
| Dental Pre-Tax | 12.92 | 103.36 |
| Medical Pre-Tax | 63.23 | 505.84 |
| Benefit Credit | -23.08 | -184.64 |
| Pre Tax Deductions | 248.27 | 2,162.16 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Post Tax | 4.90 | 39.20 |
| Supplemental Life - EE | 16.80 | 134.40 |
| Voluntary Accident Policy | 5.22 | 5.22 |
| Voluntary Critical Illness | 26.62 | 26.62 |
| Voluntary Universal Life | 12.00 | 12.00 |
| Post Tax Deductions | 65.54 | 217.44 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 117.12 | 1,042.56 |
| Dental - Benefit | 9.70 | 77.60 |
| Medical - Benefit | 539.54 | 4,316.32 |
| Vision Benefit | 0.92 | 7.36 |
| Employer Paid Benefits | 667.28 | 5,443.84 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,898.93 | 17,911.44 |
| Medicare - Taxable Wages | 1,898.93 | 17,911.44 |
| Federal Withholding - Taxable Wages | 1,703.73 | 16,173.84 |
| State Tax Taxable Wages - GA | 1,703.73 | 16,173.84 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | B - Married 2 Incomes |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 6 |
| PTO | 4.69 | 0 | 44.04 |
| Volunteer Time Off (VTO) | 0 | 0 | 4 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Bank of America | Bank of America ******4849 | ******4849 | | 1,426.01   USD |