**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Natasha Eleanor Pierre**
5873 Sable Chase Ln
Atlanta, GA 30349

**xxx–xx–4680**

Case No.: **21–58266–pmb**
Chapter: **7**
Judge: **Paul Baisier**

**NOTICE SETTING DEADLINE FOR
FILING PROOFS OF CLAIM**

    You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

    Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non–government proof of claim: **5/26/22**

Government proof of claim: **05/26/22**

File with:
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  February 25, 2022

Form ntcpoc