**IT IS ORDERED as set forth below:**



**Date: August 10, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-58266-PMB |
| | : | |
| NATASHA ELANOR PIERRE, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING
TRUSTEE'S COUNSEL, SUBJECT TO OBJECTION (HOURLY RATE)**

On August 9, 2022, S. Gregory Hays, in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed *Trustee's Application for Appointment of Attorneys* [Doc. No. 20] (the "**Application**"), seeking to employ *Rountree Leitman Klein & Geer LLC* ("**Trustee's Counsel**") to represent the Trustee in carrying out the Trustee's duties under Title 11.  Trustee's Counsel will represent the Trustee on an hourly fee basis.  No notice or hearing on the Application is necessary.  Based upon the unsworn declaration included in the Application, it appears that Trustee's Counsel does not hold or represent an interest adverse to the estate and is a disinterested person as defined by 11

U.S.C. § 101(14).

Subject to objection filed by the United States Trustee or any other party in interest in this case within twenty-one (21) days from the date of entry of this Order, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Pursuant to 11 U.S.C. §327(a) and FED. R. BANKR. P. 2014, the employment of Trustee's Counsel to represent the Trustee and the estate is hereby approved.[1]

2. No compensation shall be paid to Trustee's Counsel until the Court has allowed such compensation in accordance with 11 U.S.C. §§ 330 and 331 and FED. R. BANKR. P. 2016, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the Trustee and the United States Trustee.[2]

3. Any objection to this Order shall be served on the United States Trustee, Trustee, and Trustee's Counsel. If an objection is timely filed, proposed counsel for the Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's Open Calendar Procedures and shall provide notice of such hearing to the United States Trustee, Trustee's Counsel, and the objecting party.

The United States Trustee, Trustee, and Trustee's Counsel will receive a copy of this Order via the CM/ECF system.

**[END OF DOCUMENT]**

---

[1] Nothing in this Order is intended to approve any specific services to be rendered or to make a determination as to whether such services constitute legal services or the fulfilment of the Trustee's duties. All such issues are reserved for resolution in connection with any applications for compensation filed in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016

[2] *See* the United States Trustee Guidelines for Reviewing Applications for Compensation.

**Order prepared and presented by:**

ROUNTREE LEITMAN KLEIN & GEER LLC

By: */s/ Michael J. Bargar*
  Michael J. Bargar
  Georgia Bar No. 645709
  mbargar@rlkglaw.com
Century Plaza I
2987 Clairmont Road, Suite 530
Atlanta, GA  30329
(404) 410-1220
*Proposed Attorneys for Trustee*