**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>NATASHA ELEANOR PIERRE, | CASE NO: 21-58266-PMB<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 24 |

On 8/23/2022, I did cause a copy of the following documents, described below,

NOTICE OF MOTION FOR ORDER AUTHORIZING SETTLEMENT BETWEEN TRUSTEE AND DEBTOR UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; DEADLINE TO OBJECT; AND FOR HEARING ECF Docket Reference No. 24

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/23/2022

/s/ Michael J. Bargar
Michael J. Bargar  645709
Attorney for Panel Trustee
ROUNTREE LEITMAN KLEIN & GEER, LLC
2987 Clairmont Road, Suite 350
Atlanta, GA  30329

kmoore@rlkglaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>NATASHA ELEANOR PIERRE, | CASE NO: 21-58266-PMB<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 24 |

On 8/23/2022, a copy of the following documents, described below,

NOTICE OF MOTION FOR ORDER AUTHORIZING SETTLEMENT BETWEEN TRUSTEE AND DEBTOR UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; DEADLINE TO OBJECT; AND FOR HEARING ECF Docket Reference No. 24

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/23/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael J. Bargar
ROUNTREE LEITMAN KLEIN & GEER, LLC
2987 Clairmont Road, Suite 350
Atlanta, GA  30329

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (SEE CM/ECF MAIN DOCUMENT LIST FOR ADDRESSES).
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING      MICHAEL J BARGAR                      BUREAUS INVESTMENT GROUP PORTFOLIO NO
113E1                                 ROUNTREE LEITMAN KLEIN  GEER LLC      15 LLC
CASE 21-58266-PMB                     CENTURY PLAZA I                       CO PRA RECEIVABLES MANAGEMENT LLC
NORTHERN DISTRICT OF GEORGIA          2987 CLAIRMONT ROAD SUITE 350         PO BOX 41021
ATLANTA                               ATLANTA GA 30329-4435                 NORFOLK VA 23541-1021
TUE AUG 23 10-41-08 EDT 2022


CAPITAL ONE BANK                      CBASHSTWRT                            CBBEALLSOL
PO BOX 6492                           PO BOX 182789                         PO BOX 182789
CAROL STREAM IL 60197-6492            COLUMBUS OH 43218-2789                COLUMBUS OH 43218-2789



CCBBIGLOTS                            CROWN ASSET MANAGEMENT LLC ASSIGNEE OF  U S DEPARTMENT OF JUSTICE TAX DIVISION
PO BOX 182120                         COME                                    CIVL TRIAL SECTION SOUTHERN REGION
COLUMBUS OH 43218-2120                26000 CANNON ROAD                       P O BOX 14198
                                      BEDFORD OH 44146-1807                   WASHINGTON DC 20044-4198



DEPARTMENT STORES NATIONAL BANK       FED LOAN SERV                         GEORGIA DEPARTMENT OF REVENUE
CO QUANTUM3 GROUP LLC                 PO BOX 60610                          COMPLIANCE DIVISION
PO BOX 657                            HARRISBURG PA 17106-0610              ARCS BANKRUPTCY
KIRKLAND WA 98083-0657                                                      1800 CENTURY BLVD NE SUITE 9100
                                                                            ATLANTA GA 30345-3202



S GREGORY HAYS                        INTERNAL REVENUE SERVICE              INTERNAL REVENUE SERVICE  ATL
HAYS FINANCIAL CONSULTING LLC         PO BOX 7346                           401 WEST PEACHTREE ST NW ROOM 1665
SUITE 555                             PHILADELPHIA PA 19101-7346            ATTN- ELLA JOHNSON MS 334-D
2964 PEACHTREE ROAD                                                         ATLANTA GA 30308
ATLANTA GA 30305-4909



KOHLSCAPONE                           PHILIP WILLIAM LEHMAN                 VINCENT PAUL LEIBBRANDT
N56 W 17000 RIDGEWOOD DR              THE SEMRAD LAW FIRM LLC               SEMRAD LAW
MENOMONEE FALLS WI 53051-7096         SUITE 300                             SUITE 300
                                      235 PEACHTREE STREET NE               235 PEACHTREE STREET NE
                                      ATLANTA GA 30303-1404                 ATLANTA GA 30303-1404



DSNB MACY S                           OFFICE OF THE ATTORNEY GENERAL OF     OFFICE OF THE UNITED STATES TRUSTEE
CITIBANK                              GEORGIA                               75 TED TURNER DR SW
1000 TECHNOLOGY DRIVE MS 777          BUSINESS AND FINANCE BANKRUPTCY       ATLANTA GA 30303-3315
O FALLON MO 63368-2222                40 CAPITOL SQUARE SW
                                      ATLANTA GA 30334-9057



                                      DEBTOR
OFFICE OF THE UNITED STATES TRUSTEE   NATASHA ELEANOR PIERRE                PORTFOLIO RECOVERY ASSOCIATES LLC
362 RICHARD RUSSELL BUILDING          5873 SABLE CHASE LN                   PO BOX 41067
75 TED TURNER DRIVE SW                ATLANTA GA 30349-3694                 NORFOLK VA 23541-1067
ATLANTA GA 30303-3315



QUANTUM3 GROUP LLC AS AGENT FOR       RAGAN  RAGAN PC                       REAGIN JR ROY D
CROWN ASSET MANAGEMENT LLC            3100 BRECKINRIDGE BLVD                3100 BRECKINRIDGE BLVD STE 722
PO BOX 788                            722                                   CO RAGAN RAGAN PC
KIRKLAND WA 98083-0788                DULUTH GA 30096-4985                  DULUTH GA 30096-4985
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (d)(#)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SPECIAL ASSISTANT US ATTORNEY<br>401 W PEACHTREE STREET NW STOP 1000D<br>ATLANTA GA 30308 | SYNCBJCP<br>PO BOX 965007<br>ORLANDO FL 32896-5007 | THE BUREAUS INC<br>1717 CENTRAL ST<br>EVANSTON IL 60201-1507 |
| UNITED STATES ATTORNEY<br>NORTHERN DISTRICT OF GEORGIA<br>75 TED TURNER DRIVE SW SUITE 600<br>ATLANTA GA 30303-3309 | VW CREDIT INC<br>14841 DALLAS PARKWAY SUITE 425<br>DALLAS TX 75254-8067 | VW CREDIT INC<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 |
| WELLS FARGO HOME MORTGAGE<br>PO BOX 10335<br>DES MOINES IA 50306-0335 | | |

ADDRESSES WHOSE AN EMAIL IS PRESENT WERE SERVED VIA CM/ECF SERVICE THROUGH THE UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM

(Creditor)
VW CREDIT, INC.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

Vincent Paul Leibbrandt
Semrad Law
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303

vleibbrandt@semradlaw.com

(Debtor)
Natasha Eleanor Pierre
5873 Sable Chase Ln
Atlanta, GA 30349
represented by:
Philip William Lehman
The Semrad Law Firm, LLC
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303

plehman@semradlaw.com

(U.S. Trustee)
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

ustpregion21.at.ecf@usdoj.gov

(Trustee)
S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305
represented by:
Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

mbargar@rlkglaw.com