**IT IS ORDERED as set forth below:**



Date: October 7, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-58266-PMB |
| | ) | |
| NATASHA ELEANOR PIERRE, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**ORDER AUTHORIZING EMPLOYMENT OF HAYS FINANCIAL CONSULTING, LLC AS ACCOUNTANTS FOR TRUSTEE, SUBJECT TO OBJECTION (HOURLY RATE)**

On October 6, 2022, S. Gregory Hays, in his in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of Hays Financial Consulting, LLC ("**HFC**" or "**Applicant**") as accountants for Trustee [Doc. No.28] (the "**Application**"). HFC will represent the Trustee on an hourly rate basis. No notice or hearing on the Application is necessary. Based upon the unsworn declaration included with the Application, it appears that HFC are accountants with expertise in the matter in which they are to be engaged and that this case justifies employment of professionals for the purpose specified.

1

Subject to objection filed by the United States Trustee or any other party in interest in this case within twenty-one (21) days from the date of entry of this Order, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Pursuant to 11 U.S.C. §327(a) and FED. R. BANKR. P. 2014, Trustee is authorized to employ HFC as his accountants during this Chapter 7 case, subject to objection as provided herein.[1]

2. No compensation shall be paid to HFC until the Court has allowed such compensation in accordance with 11 U.S.C. § 330 and 331 and FED. R. BANKR. P. 2016, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the Trustee and the United States Trustee.[2]

3. Any objection to this Order shall be served on the United States Trustee, HFC, the Trustee, and counsel for Debtor. If an objection is timely filed, counsel for the Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's Open Calendar Procedures and shall provide notice of such hearing to the United States Trustee, HFC, and the objecting party.

The United States Trustee will receive a copy of this Order via the CM/ECF system. Counsel for the Trustee is directed to provide a copy of this Order via United States Mail to HFC at the following address: 2964 Peachtree Road NW, Suite 555, Atlanta, Georgia 30305.

**[END OF DOCUMENT]**

---

[1] Nothing in this order is intended to approve any specific services to be rendered or to make a determination as to whether such services constitute accounting services or the fulfilment of the Trustee's duties. All such issues are reserved for resolution in connection with any applications for compensation filed in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016.

[2] See the United States Trustee Guidelines for Reviewing Applications for Compensation.

Order Prepared and presented by:

*/s/ S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
2964 Peachtree Street, NW
Suite 555
Atlanta, Georgia 30305
ghays@haysconsulting.net
(404) 926-0060

3