UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| NATASHA ELEANOR PIERRE, | : | CASE NO. 21-58266-PMB |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) [Docket # 35]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION, DEADLINE TO OBJECT AND HEARING [Docket # 36]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 9th day of August, 2023.

                                                 */s/ S. Gregory Hays*
                                                 S. Gregory Hays
                                                 Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**