UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| NATASHA ELEANOR PIERRE, | : | CASE NO. 21-58266-PMB |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) [Docket # 35]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION, DEADLINE TO OBJECT AND HEARING [Docket # 36]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 9th day of August, 2023.

                                                  */s/ S. Gregory Hays*
                                                  S. Gregory Hays
                                                  Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

```
Label Matrix for local noticing          Michael J. Bargar                         Bureaus Investment Group Portfolio No 15 LLC
113E-1                                   Rountree Leitman Klein & Geer LLC         c/o PRA Receivables Management, LLC
Case 21-58266-pmb                        Century Plaza I                           PO Box 41021
Northern District of Georgia             2987 Clairmont Road, Suite 350            Norfolk VA 23541-1021
Atlanta                                  Atlanta, GA 30329-4435
Tue Aug  8 14:53:28 EDT 2023

Capital One Bank                         Cb/Ashstwrt                               Cb/Beallsol
P.O. Box 6492                            PO BOX 182789                             PO BOX 182789
Carol Stream, IL 60197-6492              COLUMBUS, OH 43218-2789                   COLUMBUS, OH 43218-2789


Ccb/Biglots                              Crown Asset Management, Llc Assignee Of Come   (p)U S  DEPARTMENT OF JUSTICE  TAX DIVISION
PO BOX 182120                            26000 Cannon Road                         CIVL TRIAL SECTION SOUTHERN REGION
COLUMBUS, OH 43218-2120                  Bedford, OH 44146-1807                    P O BOX 14198
                                                                                   WASHINGTON DC 20044-4198


Department Stores National Bank          Fed Loan Serv                             (p)GEORGIA DEPARTMENT OF REVENUE
c/o Quantum3 Group LLC                   PO Box 60610                              COMPLIANCE DIVISION
PO Box 657                               Harrisburg, PA 17106-0610                 ARCS BANKRUPTCY
Kirkland, WA 98083-0657                                                            1800 CENTURY BLVD NE SUITE 9100
                                                                                   ATLANTA GA 30345-3202


S. Gregory Hays                          Hays Financial Consulting LLC             Internal Revenue Service
Hays Financial Consulting, LLC           2964 Peachtree Road NW                    P.O. Box 7346
Suite 555                                Suite 555                                 Philadelphia, PA 19101-7346
2964 Peachtree Road                      Atlanta, GA 30305-4909
Atlanta, GA 30305-4909


Internal Revenue Service - Atl           Kohls/Capone                              Philip William Lehman
401 West Peachtree St NW Room 1665       N56 W 17000 RIDGEWOOD DR                  The Semrad Law Firm, LLC
ATTN: Ella Johnson, M/S 334-D            MENOMONEE FALLS, WI 53051-7096            Suite 300
Atlanta, GA 30308                                                                  235 Peachtree Street NE
                                                                                   Atlanta, GA 30303-1404


Vincent Paul Leibbrandt                  (p)DSNB MACY S                            (p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
The Semrad Law Firm, LLC                 CITIBANK                                  BUSINESS AND FINANCE BANKRUPTCY
6125 Old National Hwy, Ste 121           1000 TECHNOLOGY DRIVE MS 777              40 CAPITOL SQUARE SW
Atlanta, GA 30349-4407                   O FALLON MO 63368-2222                    ATLANTA GA 30334-9057


Office Of The United States Trustee      Office of the United States Trustee       Natasha Eleanor Pierre
75 Ted Turner Dr Sw                      362 Richard Russell Building              5873 Sable Chase Ln
Atlanta, GA 30303-3315                   75 Ted Turner Drive, SW                   Atlanta, GA 30349-3694
                                         Atlanta, GA 30303-3315


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC as agent for           Ragan & Ragan Pc
PO BOX 41067                             Crown Asset Management LLC                3100 Breckinridge Blvd
NORFOLK VA 23541-1067                    PO Box 788                                #722
                                         Kirkland, WA  98083-0788                  Duluth, GA 30096-4985


Reagin Jr., Roy D                        Special Assistant U.S. Attorney           Syncb/Jcp
3100 Breckinridge Blvd Ste 722           401 W. Peachtree Street, NW, STOP 1000-D  P.O. Box 965007
c/o Ragan Ragan PC                       Atlanta, GA 30308                         Orlando, FL 32896-5007
Duluth, GA 30096-4985
```

```
The Bureaus Inc                  United States Attorney           VW CREDIT, INC.
1717 Central St                  Northern District of Georgia     14841 Dallas Parkway, Suite 425
Evanston, IL 60201-1507          75 Ted Turner Drive SW, Suite 600  Dallas, TX 75254-8067
                                 Atlanta GA 30303-3309


Vw Credit Inc                    Wells Fargo Home Mortgage
1401 Franklin Blvd               PO Box 10335
Libertyville, IL 60048-4460      Des Moines, IA 50306-0335
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Department Of Justice, Tax Division   Georgia Department Of Revenue           Macys/Dsnb
75 Ted Turner Drive Sw                1800 Century Blvd NE Ste 9100, c/o J. Ho 9111 Duke Blvd
Civil Trial Section, Southern         Atlanta, GA 30345                        Mason, OH 45040
Atlanta, GA 30303


Office Of The Attorney General-Atl    Portfolio Recovery Associates, LLC      End of Label Matrix
40 Capitol Square, SW                 POB 41067                                Mailable recipients    34
Atlanta, GA 30334                     Norfolk, VA 23541                        Bypassed recipients     0
                                                                               Total                  34
```