UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 21-58266-PMB |
| NATASHA ELEANOR PIERRE, | : |
| | : CHAPTER 7 |
| Debtor. | : |
| | : |

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION,
DEADLINE TO OBJECT AND HEARING**

S. Gregory Hays, the Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Natasha Eleanor Pierre, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications on August 06, 2023 [Dkt No. 32], which are summarized in the enclosed *Amended Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* [Dkt No. 39].

Pursuant to Third Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within *twenty-one (21) days* from the date of service of this notice.  **If you object to the relief requested in the pleadings, you must timely file your objection with the Bankruptcy Clerk at U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**, and serve a copy on the Trustee, S. Gregory Hays, 2964 Peachtree Road, NW, Ste 555, Atlanta, GA 30305*,* and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for **September 18, 2023**.  The Court will hold a hearing on the pleading at **1:10 P.M.** on **September 18, 2023, Courtroom 1202**, **75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website.  Please also review the "Hearing Information" tab on the judge's webpage for

further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: August 10, 2023.

                                          *S. Gregory Hays*
                                          S. Gregory Hays
                                          Chapter 7 Trustee
                                          Hays Financial Consulting, LLC
                                          2964 Peachtree Road, NW, Ste 555
                                          Atlanta, GA 30305
                                          (404) 926-0060